Matter of DeMaio (2025 NY Slip Op 03284)

Matter of DeMaio

2025 NY Slip Op 03284

Decided on June 03, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: June 03, 2025

Before: Present — Hon. Sallie Manzanet-Daniels,Justice Presiding,Troy K. WebberPeter H. MoultonJulio Rodriguez IIIBahaati E. Pitt-Burke,Justices. 

Motion No. 2025-02998|Case No. 2024-07350|

[*1]In the Matter of John Peter DeMaio An Attorney and Counselor-at-Law: John Peter DeMaio (OCA Atty. Reg. No. 1256643), Petitioner, Attorney Grievance Committee for the First Judicial Department, Respondent. 

An order of this Court, having been entered on May 20, 2025 (Motion No. 2024-05966), suspending petitioner (who was admitted to practice as an attorney and counselor-at-law in the State of New York at a Term of the Appellate Division of the Supreme Court for the First Judicial Department on March 15, 1978) for a period of one-year, effective June 19, 2025,
And petitioner, pro se, having moved this Court on June 2, 2025, for an order, granting him an extension of time to comply with various requirements of disbarred or suspended attorneys pursuant to 22 NYCRR 1240.15,
And the Attorney Grievance Committee having submitted a response, dated May 27, 2024, stating that they do not oppose petitioner's request but requesting that any extension be marked final,
Now, upon reading and filing the papers with respect to the motion, and due deliberation having been had thereon, it is unanimously,
Ordered that the motion is granted to the extent of changing the effective date of the order of suspension to July 19, 2025. Further, petitioner is directed to comply with the requirements of 22 NYCRR 1240.45(b) and (c) within 30 days of the date of this order. No further extensions will be granted.
Entered: June 3, 2025